UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-81308--CIV-HURLEY/WHITE

**CHRISTOPHER LEON JOHNSON,**
    **plaintiff,**

vs.
**WALTER MCNEIL, et al.,**
    **defendants.**
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the court upon the plaintiff's *pro se* complaint pursuant to 42 U.S.C. § 1983.  This matter was previously referred to Magistrate Judge Patrick White for an initial screening and a report and recommendation in accordance with 28 U.S.C. §1915(e).

On October 14, 2009, Magistrate Judge White issued a Report and Recommendation recommending that (1) Johnson's claims against defendants McNeil and Norwood be dismissed with prejudice pursuant to 28 U.S.C. 1915(e)(2)(B)(ii), and (2) Johnson's claims against defendants Poteat, Smith, Slaughter and McCall remain pending.

Neither party has filed objection to the report.  Having carefully reviewed the  Report, pursuant to 28 U.S.C. § 636(b)(1), the court finds the resolution of the issues as recommended by Magistrate Judge White  to be  sound and well-reasoned and accordingly  adopts  them here.

It is therefore **ORDERED AND ADJUDGED**:

1. The Report and  Recommendation of  United States Magistrate Judge Lynch  [DE #8]] is **APPROVED and ADOPTED** in full.

1

2. The plaintiff's claims against defendant MCNeil and Norwood **are DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

3. The plaintiff's claims against defendants Poteat, Smith, Slaughter and Mcall shall proceed, and these defendants shall be **SERVED** with a copy of the summons and complaint through the Untied States Marshal Service.

4. The plaintiff's request for discovery subpoenas to be issued upon records custodians of Florida Department of Corrections [DE# 16] is **GRANTED**, and the Clerk of Court is directed to issue the summons and transmit a copy of the subpoenas to the United States Marshal Service for service on the Department of Corrections.

4. The Clerk of Court is directed to transmit a copy of this Order to the United States Marshal Service.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 20 day of November, 2009.

Daniel T. K. Hurley
United States District Judge

Copies furnished to:

United States Magistrate Judge White

United States Marshal Service

Christopher Leon Johnson, *pro se*
DC No. 622994
Santa Rosa Correctional Institution
5850 East Milton Road
Milton, FL 32583

2