```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO.  09-81308-CIV-HURLEY
                              MAGISTRATE JUDGE P.A. WHITE
```

CHRISTOPHER JOHNSON,            :

    Plaintiff,                :
                                                   REPORT RE VOLUNTARY
v.                              :      DISMISSAL

WALTER MCNEIL, et al.,          :

    Defendants.               :
_____

    This Cause is before the Court upon the motion of the pro-se plaintiff for voluntary dismissal (DE#26). The plaintiff seeks dismissal without prejudice.

    The plaintiff states that he is due to be released soon, and will then be able to depose the defendants.

    The voluntary dismissal does not negate the $350.00 debt the plaintiff has incurred. It will relieve the plaintiff of any further potential liability for other fees and costs.

    The plaintiff's alleged violations occurred in 2008, and he will not run afoul of the Statute of Limitations if he re-files this complaint within four years of that date.

    It is therefore recommended that the motion for voluntary dismissal (DE#26) be granted, and the case be dismissed without prejudice.

    Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report.

Dated at Miami, Florida, this 3rd day of March, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Christopher Johnson, <u>Pro Se</u>
DC# 622994
Santa rosa CI
Address of record

Brett Waronicki, Esq.
Weiderhold & Moses
Attorney for Defendants
Address of record