UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-81308-CIV-HURLEY/WHITE

CHRISTOPHER JOHNSON,
    plaintiff,

vs.

WALTER McNEIL, et al.,
    defendants.
_____/

**CLOSED CASE**

### ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE & ORDER OF FINAL DISMISSAL WITHOUT PREJUDICE & CLOSE-OUT

**THIS CAUSE** was previously referred to United States Magistrate Judge Patrick White pursuant to 28 U.S.C. §§ 636-39 and Rule 72 of the Federal Rules of Civil Procedure, for a recommended disposition. On March 3, 2010, Magistrate Judge White filed a Report and Recommendation upon plaintiff's motion for voluntary dismissal without prejudice [DE# 27].

Having carefully reviewed the report and recommendation upon the plaintiff's motion, the court finds the resolution of the issues as recommended by Magistrate Judge White to be sound and well-reasoned and accordingly will adopt them here.

It is therefore **ORDERED AND ADJUDGED**:

1. The Report and Recommendation of United States Magistrate Judge Patrick White upon the plaintiff's motion for voluntary dismissal [DE # 27] is **APPROVED and ADOPTED** and incorporated in full.

1

    2.    The plaintiff's motion for voluntary dismissal without prejudice [DE # 26] is **GRANTED**.

    3.    This action is **DISMISSED WITHOUT PREJUDICE,** with each party to bear its own costs and attorneys' fees

    4.    There being nothing further for the court to resolve, the Clerk of the Court shall enter this case as **CLOSED** and terminate all pending motions as **MOOT**.

    **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 25 day of March, 2010.

                                          */s/ Daniel T. K. Hurley*
                                          Daniel T. K. Hurley
                                          United States District Judge

Copies furnished to:
all parties